**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRIS JONATHAN EPPERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>ORACLE CORPORATION,<br><br>    Defendant. | **1:15-cv-724 LJO-BAM**<br><br><br><br>**ORDER RE: REDACTED FILING** |

    Plaintiff Chris Jonathan Epperson, who is appearing pro se, filed a complaint on May 11, 2015. (Doc. 1). It has come to the Court's attention that on May 15, 2015, Plaintiff attempted to file another document entitled "Complaint." The document contains personal information including Plaintiff's date of birth and his Social Security number. Plaintiff is advised that any document he files with the Court is public record which means that the public can view any document contained on the Court's docket. Accordingly, Plaintiff shall refrain from including this personal information in any document he files with the Court.

    The Clerk of the Court is directed to redact any personal information from the document referenced above and file in the document. Plaintiff is advised that any future document containing personal information will not be accepted and will be returned to him. Additionally, when Plaintiff filed his initial complaint, he advised the Court that his address is 1023 Klette

1

Avenue, Fresno, California 93706.  However, in the second document, he lists 1255 B. Street, Merced, California as his address.  Pursuant to Local Rule 183(b), Plaintiff must keep the Court apprised of his current address.  Accordingly, no later than **June 19, 2015**, Plaintiff shall file a notification identifying his correct address.  Failure to do so will result in dismissal of this action for failure to follow a Court order.

      The Clerk of the Court is directed to serve this order on Plaintiff at the following addresses :

| | |
|---|---|
| 1023 Klette Ave<br>Fresno, California 93706 | ID # D5229849<br>1255 B Street<br>Merced, California 95341 |

IT IS SO ORDERED.

Dated:   **May 27, 2015**　　　　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2