# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRIS JONATHAN EPPERSON,** | **1:15-cv-00724 LJO BAM** |
| **Plaintiff,** | **ORDER RE DECEMBER 23, 2016 FILING (Doc. 26).** |
| v. | |
| **ORACLE CORPORATION,** | |
| **Defendants.** | |

On December 23, 2016, the Court received a one-page filling from Plaintiff that lists the above-captioned case, among others. It is not clear what Plaintiff is requesting of the Court in relation to this case, which has been closed for more than a year. The document lists several phrases that appear to invoke legal concepts and/or legal citations. As the Court has no jurisdiction to act on this request, which does not pertain to any pending cause of action and is not framed by any Federal Rule of Civil Procedure, the filing will be disregarded. The Clerk of Court is directed to terminate the open motion triggered by the filing of Document 26.

IT IS SO ORDERED.

   Dated:  **January 6, 2017**                    **/s/ Lawrence J. O'Neill**
                                                          UNITED STATES CHIEF DISTRICT JUDGE